

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022

Stephen A. Fuchs
212.497.6845 direct
212.583.9600 main
2.2.832.2719 fax
sfuchs@littler.com

September 23, 2019

**Via ECF**

Hon. Allyne R. Ross
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cindy Gatto, et al. v. Petco Animal Supplies, Inc.*
Case No. 1:19-cv-03394-ARR-RMI

Dear Judge Ross:

This firm represents Defendant in the above-referenced action. With Plaintiffs' consent, Defendant respectfully requests that the deadline to file its responsive pleading to Plaintiffs' Complaint be extended through October 24, 2019. The original deadline is September 24, 2019. This is Defendant's first request for such relief. This extension will affect no other existing deadlines.

We thank the Court for its attention and consideration in this matter.

Sincerely,

Stephen A. Fuchs

cc: Joseph H. Chivers, Esq. (via ECF)

4844-1232-0679.1 104286.1001

littler.com