## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CINDY GATTO; OLIVIA WILLIAMS; NICOLE TRAVIS; and SHAY BOYD, on behalf of themselves and similarly situated employees<br><br>Plaintiff(s),<br><br>-against-<br><br>PETCO ANIMAL SUPPLIES, INC.,<br><br>Defendant(s). | Case No.  1:19-cv-03394-ARR-RML<br><br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the affidavit of Robert W. Pritchard annexed as Exhibit 1, in support of this motion and the Certificate of Good Standing, annexed thereto as Exhibit A, we will move this Court at the United States Courthouse for the Eastern District of New York pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a Shareholder of the firm of Littler Mendelson, P.C. and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as an attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant. There are no pending disciplinary proceedings against me in any state or federal court.

Date:  October 8, 2019

*s/ Robert W. Pritchard*
Robert W. Pritchard
Pennsylvania Bar No. 76979
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
412.201.7628
rpritchard@littler.com

4820-0943-1720.1 104286.1001

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CINDY GATTO; OLIVIA WILLIAMS; NICOLE TRAVIS; and SHAY BOYD, on behalf of themselves and similarly situated employees

Plaintiff(s),

-against-

PETCO ANIMAL SUPPLIES, INC.,

Defendant(s).

Case No.  1:19-cv-03394-ARR-RML

**AFFIDAVIT OF ROBERT W. PRITCHARD IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

State of Pennsylvania          )
                               )  ss:
County of Allegheny            )

I, Robert W. Pritchard, being duly sworn, hereby depose and say as follows:

1.      I am a Shareholder with the law firm of Littler Mendelson, P.C.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4.      I have not been convicted of a felony.

5.      I have not been censured, suspended, disbarred or denied admission for readmission by any court.

6.      There are no pending disciplinary proceedings against me in any state or federal court.

7.      My attorney registration number is:  Pennsylvania 76979.

8.     Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Defendant, Petco Animal Supplies, Inc.

Respectfully submitted,

Date:   October 8, 2019

_____

Robert W. Pritchard
Pennsylvania Bar No. 76979
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
412.201.7628
rpritchard@littler.com

Sworn to and subscribed before me this _8th_
day of October, 2019

_____
Notary Public

My Commission expires: June 13, 2022

Commonwealth of Pennsylvania - Notary Seal
Amy J. Edder, Notary Public
Allegheny County
My commission expires June 13, 2022
Commission number 1284172
Member, Pennsylvania Association of Notaries

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Robert William Pritchard, Esq.*

**DATE OF ADMISSION**

*January 10, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 26, 2019**

Patricia A. Nicola
Chief Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY GATTO; OLIVIA WILLIAMS; NICOLE TRAVIS; and SHAY BOYD, on behalf of themselves and similarly situated employees<br><br>Plaintiff(s),<br><br>-against-<br><br>PETCO ANIMAL SUPPLIES, INC.,<br><br>Defendant(s). | Case No.  1:19-cv-03394-ARR-RML<br><br><br>**ADMISSION OF ROBERT W. PRITCHARD TO PRACTICE *PRO HAC VICE*** |

The motion for admission of Robert W. Pritchard to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Robert W. Pritchard, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and that his contact information is as follows:

> Robert W. Pritchard
> Pennsylvania Bar No. 76979
> LITTLER MENDELSON, P.C.
> 625 Liberty Avenue, 26th Floor
> Pittsburgh, PA  15222
> 412.201.7628
> rpritchard@littler.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:


Dated:_____          _____

J.