UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY GATTO; KELLEE THOMPSON; and MACI HEGINGER, on behalf of themselves and similarly situated employees<br><br>Plaintiffs,<br><br>-against-<br><br>PETCO ANIMAL SUPPLIES, INC.,<br><br>Defendant. | Case No.  1:19-cv-03394-EK-RML<br><br>ECF Case<br><br>Electronically Filed |

## **DEFENDANT'S NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT**

Defendant hereby serves this notice of compliance with 28 U.S.C. § 1715(b) of the Class Action Fairness Act ("CAFA") and states as follows:

On November 23, 2020, Defendants mailed a CAFA Notice of Proposed Settlement ("CAFA Notice") on the Office of the Attorney General for the United States of America, the Secretary of Labor for the United States of America, the California Labor and Workforce Development Agency, and the Offices of the Attorney General for the States of Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New Mexico, New York, Nevada, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, Wisconsin, and Wyoming, and the Commonwealths of Kentucky, Massachusetts, Pennsylvania, and Virginia based on the last known state of residence for each Rule 23 Class Member.

In compliance with 28 U.S.C. § 1715(b), each CAFA Notice included: (1) the Complaint, the First Amended Complaint, and the Second Amended Class; (2) the Class and Collective Action Settlement Agreement with exhibits, including the Notice of Proposed Settlement to all Rule 23 Class Members; and (3) a list of the Rule 23 Class Members and the amount of their proportionate share in the settlement. The CAFA Notices sent to each state's officials also identified the Rule 23 Class Members that resided in that the officials' respective state.

Respectfully submitted,

Date:   November 23, 2020

/s/ Katelyn W. McCombs
Stephen A. Fuchs
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
212.583.9600

Robert W. Pritchard
Katelyn W. McCombs
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15216
412.201.7600

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November 2020, a copy of the Defendant's Notice of Compliance with Class Action Fairness Act was filed using the Eastern District of New York's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Joseph H. Chivers
jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP
100 First Avenue, Suite 650
Pittsburgh, PA 15222

Jeffrey W. Chivers
jwc@chivers.com
Theodore I. Rostow
tir@chivers.com
CHIVERS LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201

*Counsel for Plaintiffs*

/s/ Katelyn W. McCombs
Katelyn W. McCombs

4835-4957-2818.1 104286.1001